IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BART ADAMS, JR., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:23-cv-4 (LMB/LRV) |
| ) | |
| VANDERBILT UNIVERSITY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On March 1, 2023, plaintiffs Bard Adams, Jr. and Josephine Adams, proceeding pro se, filed a "Motion to change case to 'Nonsuit without Prejudice'" ("Motion"). [Dkt. No. 5]. Construing the Motion as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1), the Motion is GRANTED, and it is hereby

ORDERED that this civil action be and is DISMISSED WITHOUT PREJUDICE.[1]

The Clerk is directed to forward copies of this Order to plaintiffs Bard Adams, Jr. and Josephine Adams, pro se, and to close this civil action.

Entered this 2nd day of March, 2023.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge

---

[1] Plaintiffs are advised that the statute of limitations continues to run and they may be foreclosed from filing a new action if they exceed the applicable statute of limitations.